1  Jeffrey W. Shopoff (Bar No. 46278)
   Gregory S. Cavallo (Bar No. 173270)
2  Paul F. Kirsch (Bar No. 127446)
   James M. Robinson (Bar No. 238063)
3  SHOPOFF CAVALLO & KIRSCH LLP
   100 Pine Street, Suite 750
4  San Francisco, CA 94111
   Telephone: (415) 984-1975
5  Facsimile: (415) 984-1978

6  Attorneys for Plaintiff
   California Natural Products
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | CALIFORNIA NATURAL PRODUCTS       | CASE NO. 2:12-cv-00593-JAM-GGH
   | (d/b/a POWER AUTOMATION SYSTEMS), |
12 | a California corporation,         | **ORDER SEALING DOCUMENTS**
   |                                   |
13 |           Plaintiff,              |
   |                                   |
14 |     vs.                           |
   |                                   |
15 | ILLINOIS TOOL WORKS, INC. (d/b/a  |
   | HARTNESS INTERNATIONAL, INC.), a  |
16 | Delaware corporation,             |
   |                                   |
17 |           Defendant.              |

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff CALIFORNIA NATURAL PRODUCTS (d/b/a POWER AUTOMATION SYSTEMS)
2  ("PAS") has requested an Order sealing documents pursuant to the March 21, 2012 Agreed Protective
3  Order ("Protective Order") in this case; specifically, that the following documents be filed under seal:
4      1.   Supplemental Brief in Support of Motion for Preliminary Injunction;
5      2.   Declaration of Paul Kirsch In Support of PAS's Supplemental Brief in Support of Motion
6  for Preliminary Injunction ("Kirsch Declaration"), with Exhibits A through O;
7      As set forth in the Notice of Request to Seal Documents and Request to Seal Documents,
8  concurrently filed herewith, these documents contain information that at least one party has designated as
9  "CONFIDENTIAL" pursuant to the Protective Order, and the disclosure of which could cause
10 substantial harm to either or both parties.
11     GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED, ADJUDGED,
12 AND DECREED that, pursuant to Federal Rule of Civil Procedure 26(c), Civil L.R. 141, and the Court's
13 inherent authority over the papers filed in this Court, that: (a) the above-identified documents are to be
14 sealed; and (b) access to such documents be limited to the Court, its personnel, the parties designated
15 pursuant to the Protective Order, the parties' expert witnesses, and their attorneys pending further order
16 of this Court.
17     IT IS SO ORDERED.

Dated: 4/12/2012                    /s/ John A. Mendez
                                    United States District Court Judge

1

ORDER SEALING DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com