Jeffrey W. Shopoff (Bar No. 46278)
Gregory S. Cavallo (Bar No. 173270)
Paul F. Kirsch (Bar No. 127446)
James M. Robinson (Bar No. 238063)
SHOPOFF CAVALLO & KIRSCH LLP
100 Pine Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 984-1975
Facsimile: (415) 984-1978

Attorneys for Plaintiff
California Natural Products

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATURAL PRODUCTS (d/b/a POWER AUTOMATION SYSTEMS), a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ILLINOIS TOOL WORKS, INC. (d/b/a HARTNESS INTERNATIONAL, INC.), a Delaware corporation,<br><br>Defendant. | CASE NO. 2:12-cv-00593-JAM-GGH<br><br>**STIPULATION RE ACCEPTANCE OF SERVICE AND DATE FOR RESPONSIVE PLEADING AND ORDER THEREON** |

WHEREAS, counsel for defendant Illinois Tool Works, Inc. (d/b/a Hartness International, Inc.) have agreed to accept service of the Complaint filed hereon on March 6, 2012, and provided to them by email on that same date; and

WHEREAS both parties have agreed that defendant will file its responsive pleading on June 5, 2012,

/ / /

/ / /

/ / /

1

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY STIPULATED that plaintiff's Complaint for Permanent Injunction, Damages,

2   and Other Equitable Relief filed on March 6, 2012, has been duly served and that defendant will file its

3   responsive pleading on or before June 5, 2012.

4

5   DATED:  May 24, 2012                    SHOPOFF CAVALLO & KIRSCH LLP

6

7                                           By   /s/ Gregory S. Cavallo
                                                  Gregory S. Cavallo
8                                           Attorneys for Plaintiff
                                            CALIFORNIA NATURAL PRODUCTS
9                                           (d/b/a POWER AUTOMATION SYSTEMS)

10

11   DATED: May 24, 2012                    GRIPPO & ELDEN LLC

12

13                                          By   /s/ Lynn H. Murray
                                                  Lynn H. Murray
14                                          Attorneys for Defendant
                                            ILLINOIS TOOL WORKS, INC. (d/b/a HARTNESS
15                                          INTERNATIONAL, INC.)

16   DATED:  May 24, 2012                   POOLE & SHAFFERY, LLP

17

18                                          By   /s/ David S. Poole
                                                  David S. Poole
19                                          Attorneys for Defendant
                                            ILLINOIS TOOL WORKS, INC. (d/b/a HARTNESS
20                                          INTERNATIONAL, INC.)

21

22        IT IS SO ORDERED.

23

24

25   DATED:  May 25, 2012                   /s/ John A. Mendez
                                            UNITED STATES DISTRICT COURT JUDGE
26

27

2

STIPULATION FOR ACCEPTANCE OF SERVICE
AND ORDER THEREON