Jeffrey W. Shopoff (Bar No. 46278)
Gregory S. Cavallo (Bar No. 173270)
Paul F. Kirsch (Bar No. 127446)
James M. Robinson (Bar No. 238063)
SHOPOFF CAVALLO & KIRSCH LLP
100 Pine Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 984-1975
Facsimile:  (415) 984-1978

Attorneys for Plaintiff
California Natural Products

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATURAL PRODUCTS (d/b/a POWER AUTOMATION SYSTEMS), a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ILLINOIS TOOL WORKS, INC. (d/b/a HARTNESS INTERNATIONAL, INC.), a Delaware corporation,<br><br>Defendant. | CASE NO. 2:12-cv-00593-JAM-GGH<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF CALIFORNIA NATURAL PRODUCTS EIGHTH AND NINTH CLAIMS FOR RELIEF AND THE COUNTERCLAIMS OF DEFENDANT ILLINOIS TOOL WORKS** |

WHEREAS plaintiff California Natural Products (d/b/a Power Automation Systems) ("PAS") and defendant Illinois Tool Works, Inc. (d/b/a Hartness International, Inc.) ("ITW"), through their respective counsel of record, have agreed as follows;

IT IS HEREBY STIPULATED that plaintiff PAS will dismiss, with prejudice, its Eighth Claim for Relief for Patent Infringement of the '213 Patent and its Ninth Claim for Relief for Patent Infringement of the '634 Patent; and

IT IS FURTHER STIPULATED that defendant ITW will dismiss its counterclaims in their entirety, as follows:   Count I for Declaratory Action – Non-Infringement of U.S. Patent No. 6,652,213,

with prejudice; Count II for Declaration of Invalidity – U.S. Patent No. 6,652,213, without prejudice; Count III, Declaration of Non-Infringement – U.S. Patent No. 7,073,634, with prejudice; and Count IV for Declaration of Invalidity – U.S. Patent No. 7, 073,634, without prejudice.

DATED: September 13, 2012    SHOPOFF CAVALLO & KIRSCH LLP

By  /s/ Gregory S. Cavallo
Gregory S. Cavallo
Attorneys for Plaintiff
CALIFORNIA NATURAL PRODUCTS
(d/b/a POWER AUTOMATION SYSTEMS)

DATED: September 13, 2012    GRIPPO & ELDEN LLC

By  /s/ Lynn H. Murray
Lynn H. Murray
Attorneys for Defendant
ILLINOIS TOOL WORKS, INC. (d/b/a HARTNESS INTERNATIONAL, INC.)

DATED: September 13, 2012    POOLE & SHAFFERY, LLP

By  /s/ David S. Poole
David S. Poole
Attorneys for Defendant
ILLINOIS TOOL WORKS, INC. (d/b/a HARTNESS INTERNATIONAL, INC.)

**ORDER**

IT IS SO ORDERED.

DATED: 9/13/12    /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge