David S. Poole (BAR. NO. 94690)
POOLE & SHAFFERY, LLP
25350 Magic Mountain Parkway, 2nd Floor
Santa Clarita, CA 91355
Telephone:    (661) 290-2991
Facsimile:    (661) 290-3338

Lynn H. Murray, *pro hac vice*
Justin R. Donoho, *pro hac vice*
GRIPPO & ELDEN LLC
111 South Wacker Drive, Ste. 5100
Chicago, IL 60606
Telephone:    (312) 704-7700
Facsimile:    (312) 558-1195

Attorneys for Defendant
Illinois Tool Works Inc.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATURAL PRODUCTS (d/b/a POWER AUTOMATION SYSTEMS), a California corporation<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS TOOL WORKS INC. (d/b/a HARTNESS INTERNATIONAL, INC.), a Delaware corporation<br><br>Defendant. | Case No.  2:12-cv-00593-JAM-GGH<br><br>Judge: Hon. John A. Mendez<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Illinois Tool Works ("ITW") hereby agrees, and the parties hereby stipulate, that California Natural Products ("CNP") may file its First Amended Complaint, as attached to its November 8, 2012 Motion For Leave To File First Amended Complaint, without opposition. ITW reserves the right to address the claims stated therein through a motion, including a motion for a more definite statement, after further discussion with CNP.  CNP reserves its right to oppose such motion(s).

Dated: January 8, 2013                    GRIPPO & ELDEN LLC

                                                        By: /s/ Lynn H. Murray
                                                            Lynn H. Murray

                                                   Attorneys for Defendant
                                                   ILLINOIS TOOL WORKS INC. (d/b/a
                                                   HARTNESS INTERNATIONAL, INC.)


Dated: January 8, 2013                    SHOPOFF CAVALLO & KIRSCH LLP

                                                        By: /s/ Gregory S. Cavallo
                                                            Gregory S. Cavallo

                                                 Attorneys for Plaintiff
                                               CALIFORNIA NATURAL PRODUCTS
                                               (d/b/a POWER AUTOMATION SYSTEMS)

## **ORDER**

IT IS HEREBY ORDERED that leave of Court is granted for CNP to file its First Amended Complaint as attached to its November 8, 2012 Motion For Leave To File First Amended Complaint, and that the January 23, 2013 hearing on CNP's Motion For Leave To File First Amended Complaint is vacated.

Dated: January 8, 2013                    /s/ John A. Mendez
                                                           JOHN A. MENDEZ
                                                           United States District Court Judge