Jeffrey W. Shopoff (Bar No. 46278)
Gregory S. Cavallo (Bar No. 173270)
Paul F. Kirsch (Bar No. 127446)
James M. Robinson (Bar No. 238063)
SHOPOFF CAVALLO & KIRSCH LLP
100 Pine Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 984-1975
Facsimile: (415) 984-1978

Attorneys for Plaintiff
California Natural Products

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATURAL PRODUCTS (d/b/a POWER AUTOMATION SYSTEMS), a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ILLINOIS TOOL WORKS, INC. (d/b/a HARTNESS INTERNATIONAL, INC.), a Delaware corporation,<br><br>Defendant. | CASE NO. 2:12-cv-0593-JAM-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL AND PRE-TRIAL SCHEDULE** |

Plaintiff California Natural Products and Defendant Illinois Tool Works, hereby stipulate and jointly request that the Court continue the current pre-trial and trial schedule to allow an additional 90-120 days.  Good cause for such a continuance is based on (1) change and expansion of scope of discovery since the time of the setting of this schedule; (2) delay in the initiation of trade secret discovery caused by disputed issues with the First Amended Complaint; (3) the need for document discovery and depositions in Spain; (4) the need to translate Spanish documents; (5) issues with confidentiality of various technology and financial information for both sides, and the time necessary to negotiate a comprehensive protective order; and (6) the parties' belief that a short continuance will reduce discovery and other disputes, and facilitate the parties working together on discovery issues.

The existing schedule, as established by the Court's Order of August 28, 2012, was the result of the Joint Status Report filed by the parties on August 24, 2012. Although the increased scope of the action (from an advertising and patent case to an advertising and trade secret case) was already contemplated, plaintiff had not yet amended its complaint. As part of the proposed amendment, PAS sought to drop its patent claims in favor of trade secret claims, a change in theory defendants argued was impermissible. Unable to reach an agreement, plaintiff filed a motion for leave to amend the complaint on November 8, 2012. The Court's impacted schedule didn't allow that to be set for hearing until late January 2013. On December 28, 2012, defendants agreed to the amendment in order to avoid further delay, and plaintiff filed its First Amended Complaint on January 10, 2013.

Prior to this amendment, the claims of plaintiff's complaint were based on defendants' marketing practices and plaintiff's patents for its warehousing automation system. The First Amended Complaint added trade secret claims and substantially broadened the scope of discovery beyond that contemplated in the original schedule. The technology discovery therefore did not start until February 2013, which was much later than anticipated by the August 28, 2012 schedule.

Since January, the parties have been working together on the scope and pace of written discovery and the exchange of documents. Written discovery and document production is proceeding, but all parties need additional time to negotiate the terms of a multi-layer protective order, collect, organize and in many cases translate Spanish documents, schedule and conduct depositions in Spain, Illinois, and California, retain and work with expert consultants to understand the technological and engineering documents and otherwise prepare for dispositive motions and trial.

To this end, the parties have cooperated in drafting a revised schedule for the Court's consideration. This schedule adds approximately 90 days to the calendar but remains within the Court's typical schedule.

| Event | Current | Proposed |
|---|---|---|
| Expert disclosure, including report | Fri., June 14, 2013 | Fri., Oct. 11, 2013 |
| Rebuttal expert disclosure, including report | Fri., June 21, 2013 | Fri., Nov. 8, 2013 |

| | | |
|---|---|---|
| Mid-litigation statement to the court (status of all motions already filed and likelihood of future motions) | Fri., Aug. 2, 2013 | Fri., Nov. 1, 2013 |
| Close of all fact and expert discovery | Fri., Aug. 16, 2013 | Fri., Dec. 6, 2013 |
| Dispositive motions | Wed., Sept. 25, 2013 | Fri., Dec. 20, 2013 |
| Dispositive motion responses | Wed., Oct. 9, 2013 | Wed., Jan. 15, 2014 |
| Dispositive motion replies | Wed., Oct. 16, 2013 | Wed., Jan. 29, 2014 |
| Hearing on dispositive motions | Wed., Oct. 23, 2013 | Wed., Feb. 5, 2014 |
| Final pretrial conference | Fri., Dec. 13, 2013 | Fri., Mar. 21, 2014 at 11:00 a.m. |
| Trial | Mon., Jan. 27, 2014 | Mon., April 28, 2014 at 9:00 a.m. |

Respectfully submitted,

DATED: April 30, 2013      SHOPOFF CAVALLO & KIRSCH LLP

By  /s/ Gregory S. Cavallo
      Gregory S. Cavallo
Attorneys for Plaintiff
CALIFORNIA NATURAL PRODUCTS
(d/b/a POWER AUTOMATION SYSTEMS)

DATED: April 30, 2013      GRIPPO & ELDEN LLC

By  /s/ Lynn H. Murray
      Lynn H. Murray
Attorneys for Defendant
ILLINOIS TOOL WORKS, INC

DATED: April 30, 2013      POOLE & SHAFFERY, LLP

By  /s/ David S. Poole
      David S. Poole
Attorneys for Defendant
ILLINOIS TOOL WORKS, INC.

**ORDER**

IT IS SO ORDERED.

DATED: 4/30/2013

/s/ John A. Mendez
United States District Court Judge

3

STIPULATION AND ORDER TO
CONTINUE TRIAL AND PRETRIAL SCHEDULE

1512885