Jeffrey W. Shopoff (Bar No. 46278)
Gregory S. Cavallo (Bar No. 173270)
Paul F. Kirsch (Bar No. 127446)
James M. Robinson (Bar No. 238063)
SHOPOFF CAVALLO & KIRSCH LLP
100 Pine Street, Suite 750
San Francisco, CA 94111
Telephone:  (415) 984-1975
Facsimile:  (415) 984-1978

Attorneys for Plaintiff
California Natural Products

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATURAL PRODUCTS (d/b/a POWER AUTOMATION SYSTEMS), a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ILLINOIS TOOL WORKS, INC. (d/b/a HARTNESS INTERNATIONAL, INC.), a Delaware corporation,<br><br>Defendant. | CASE NO. 2:12-cv-0593-JAM-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL AND PRE-TRIAL SCHEDULE**<br><br>**AS MODIFIED BY THE COURT** |

Plaintiff California Natural Products and Defendant Illinois Tool Works hereby stipulate and jointly request that the Court continue the current pre-trial and trial schedule to allow an additional 30-60 days.  Good cause for such a continuance is based on (1) unanticipated difficulties and delays in document production caused by technical issues with plaintiff's email and electronic documents archives; and (2) unanticipated difficulties and delays with document discovery in Spain by defendants.  Because of these difficulties and delays, to date very few technical documents related to plaintiff's trade secret misappropriation claims have been exchanged between the parties in discovery.  Although much of that document production is likely to occur in the coming two to three weeks, the parties' technical experts have not yet had any opportunity to review key documents, and will not be able to do so and prepare

1

expert reports by the current deadline of October 11, 2013.  In addition, the delay in document exchange has also caused a delay in the scheduling of critical depositions, which may also be important in the formulation of expert opinions.

To allow discovery to advance further prior to the completion of expert reports, the parties have cooperated in drafting a revised schedule for the Court's consideration.  This schedule adds approximately 30-60 days to the calendar, with the case being ready for trial three weeks later than the present trial date. The revised schedule remains within the Court's typical schedule.

| Event | Current | Proposed |
|---|---|---|
| Expert disclosure, including report | Fri., Oct. 11, 2013 | Wed., Dec. 11, 2013 |
| Mid-litigation statement to the court (status of all motions already filed and likelihood of future motions) | Fri., Nov. 1, 2013 | Mon., Dec. 16, 2013 |
| Rebuttal expert disclosure, including report | Fri., Nov. 8, 2013 | Fri., Jan. 17, 2014 |
| Close of all fact and expert discovery | Fri., Dec. 6, 2013 | Fri., Feb. 7, 2014 |
| Dispositive motions | Fri., Dec. 20, 2013 | Fri., Feb. 21, 2014 |
| Dispositive motion responses | Wed., Jan. 15, 2014 | Fri., Mar. 7, 2014 |
| Dispositive motion replies | Wed., Jan. 29, 2014 | Fri., Mar. 21, 2014 |
| Hearing on dispositive motions | Wed., Feb. 5, 2014 | Wed., Apr. 9, 2014 at 9:30 a.m. |
| **Joint pretrial statement (required)** | | Friday, May 16, 2014 |
| | | |
| Final pretrial conference | Fri., Mar. 21, 2014 at 11:00 a.m. | Fri., May 23, 2014 at 11:00 a.m. |
| Trial | Mon., April 28, 2014, at 9:00 a.m. | Mon., July 14, 2014 at 9:00 a.m. |

Respectfully submitted,

2

STIPULATION AND ORDER TO
CONTINUE TRIAL AND PRETRIAL SCHEDULE

1565012

DATED: August 28, 2013  SHOPOFF CAVALLO & KIRSCH LLP

By   /s/ Gregory S. Cavallo
    Gregory S. Cavallo
Attorneys for Plaintiff
CALIFORNIA NATURAL PRODUCTS
(d/b/a POWER AUTOMATION SYSTEMS)

DATED: August 28, 2013  GRIPPO & ELDEN LLC

By   /s/ Lynn H. Murray
    Lynn H. Murray
Attorneys for Defendant
ILLINOIS TOOL WORKS, INC

DATED: August 28, 2013  POOLE & SHAFFERY, LLP

By   /s/ David S. Poole
    David S. Poole
Attorneys for Defendant
ILLINOIS TOOL WORKS, INC.

## **ORDER**

IT IS SO ORDERED.

DATED:    August 28, 2013

    /s/ John A. Mendez
    United States District Court Judge