Jeffrey W. Shopoff (Bar No. 46278)
Gregory S. Cavallo (Bar No. 173270)
Paul F. Kirsch (Bar No. 127446)
James M. Robinson (Bar No. 238063)
SHOPOFF CAVALLO & KIRSCH LLP
100 Pine Street, Suite 750
San Francisco, CA 94111
Telephone:  (415) 984-1975
Facsimile:  (415) 984-1978

Attorneys for Plaintiff
California Natural Products

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATURAL PRODUCTS (d/b/a POWER AUTOMATION SYSTEMS), a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ILLINOIS TOOL WORKS, INC. (d/b/a HARTNESS INTERNATIONAL, INC.), a Delaware corporation,<br><br>Defendant. | CASE NO. 2:12-cv-0593-JAM-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL AND PRE-TRIAL SCHEDULE**<br><br>**(AS MODIFIED BY THE COURT)** |

Plaintiff California Natural Products and Defendant Illinois Tool Works hereby stipulate and jointly request that the Court continue the current trial schedule to allow an additional approximately 150 days, with the pre-trial dates adjusted as well.  Good cause for such a continuance is based on the following:

First, and most important, after substantial exchange of documents and letters discussing the parties' positions, the parties have agreed to mediate this case in early 2014.  In order to enhance the likelihood of settlement, the parties seek to focus their efforts on trying to resolve this matter at the mediation and avoid the costs associated with fact depositions and expert disclosures.  Second, the parties' document productions, including electronic discovery and production and translation of

1

Spanish-language documents, has caused unanticipated difficulties and delays. The parties have produced close to 15,000 documents (over 50,000 pages) and are producing more. The parties' technical experts have not yet had an opportunity to review key documents, however, and will not be able to do so and prepare expert reports by the current deadline of December 11, 2013. In addition, the delay in document exchange has caused a delay in the scheduling of fact depositions, which may also be important in the formulation of expert opinions. The parties are working cooperatively and in good faith to resolve these issues but seek the extension to provide an opportunity to focus on settlement.

To allow discovery to advance further prior to the completion of expert reports, the parties have cooperated in drafting a revised schedule for the Court's consideration. This schedule proposes adjusting the trial date by approximately 150 days, with interim dates adjusted as well by agreement. The revised schedule remains within the Court's typical schedule.

| Event | Current | Proposed |
| --- | --- | --- |
| Mid-litigation statement to the court (status of all motions already filed and likelihood of future motions) | Mon., Dec. 16, 2013 | Fri., May 16, 2014 |
| Expert disclosure, including report | Wed., Dec. 11, 2013 | Thu., June 26, 2014 |
| Close of fact discovery | Fri., Feb. 7, 2014 | Fri., July 11, 2014 |
| Rebuttal expert disclosure, including report | Fri., Jan. 17, 2014 | Thu., July 17, 2014 |
| Close of expert discovery | Fri., Feb. 7, 2014 | Fri., Aug. 8, 2014 |
| Dispositive motions | Fri., Feb. 21, 2014 | Fri., Aug. 29, 2014 |
| Dispositive motion responses | Fri., Mar. 7, 2014 | Fri., Sept. 19, 2014 |
| Dispositive motion replies | Fri., Mar. 21, 2014 | Fri., Oct. 3, 2014 |
| Hearing on dispositive motions | Wed., Apr. 9, 2014 at 9:30 a.m. | Wed., Oct. 15, 2014 at 9:30 a.m.) |
| Joint pretrial statement | Fri., May 16, 2014 | Fri., Dec. 10, 2014 |
| Final pretrial conference | Fri., May 23, 2014 at 11:00 a.m. | Wed., Dec. 17, 2014 at 3:00 P.M. |
| Trial | Mon., July 14, 2014, at 9:00 a.m. | Mon. February 9, 2015 at 9:00 A.M. |

1  For the reasons set forth in this Stipulation, the parties respectfully request that the Court
2  enter the proposed schedule set forth above.

3  Respectfully submitted,

4  DATED:  December 5, 2013                SHOPOFF CAVALLO & KIRSCH LLP

5  By   /s/ Gregory S. Cavallo
           Gregory S. Cavallo
6  Attorneys for Plaintiff
   CALIFORNIA NATURAL PRODUCTS
7  (d/b/a POWER AUTOMATION SYSTEMS)

8
9  DATED:  December 5, 2013                GRIPPO & ELDEN LLC

10  By   /s/ Lynn H. Murray
            Lynn H. Murray
    Attorneys for Defendant
11  ILLINOIS TOOL WORKS, INC.

12
13  DATED:  December 5, 2013                POOLE & SHAFFERY, LLP

14  By   /s/ David S. Poole
            David S. Poole
    Attorneys for Defendant
15  ILLINOIS TOOL WORKS, INC.

16

17  **ORDER (AS MODIFIED BY THE COURT)**

18        IT IS SO ORDERED.

19

20  DATED:  12/5/2013

                                            /s/ John A. Mendez
21                                          United States District Court Judge

22
23
24
25
26
27

3

STIPULATION AND ORDER TO
CONTINUE TRIAL AND PRETRIAL SCHEDULE

1601615.1