1  Jeffrey W. Shopoff (Bar No. 46278)
Gregory S. Cavallo (Bar No. 173270)
2  Paul F. Kirsch (Bar No. 127446)
James M. Robinson (Bar No. 238063)
3  SHOPOFF CAVALLO & KIRSCH LLP
100 Pine Street, Suite 750
4  San Francisco, CA 94111
Telephone:  (415) 984-1975
5  Facsimile:  (415) 984-1978

6  Attorneys for Plaintiff
California Natural Products

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  CALIFORNIA NATURAL PRODUCTS          CASE NO. 2:12-cv-0593-JAM-CKD
    (d/b/a POWER AUTOMATION SYSTEMS),
12  a California corporation,
                                         **STIPULATION AND ORDER TO**
13              Plaintiff,                **CONTINUE TRIAL AND PRE-TRIAL**
                                         **SCHEDULE**
14       vs.                             **(AS MODIFIED BY THE COURT)**

15  ILLINOIS TOOL WORKS, INC. (d/b/a
    HARTNESS INTERNATIONAL, INC.), a
16  Delaware corporation,

17              Defendant.

18

19       Plaintiff California Natural Products and Defendant Illinois Tool Works hereby stipulate and

20  jointly request that the Court continue the current trial schedule to allow an additional approximately

21  60 days, with the pre-trial dates adjusted as well.  Good cause for such a continuance is based on the

22  following:

23       As the parties indicated in their last request to extend the schedule (Docket No. 84), they

24  have agreed to mediate this case.  The mediation was set for January 22, 2014, with mediator Bill

25  Hartgering of JAMS in Chicago.  In advance of the mediation, the parties submitted extensive

26  mediation briefs and fully prepared and planned to mediate the case in good faith.

27  ///

1

1621120.1

1    Unfortunately, only a couple of days prior to the mediation, Plaintiff's principal and business

2  person with extensive knowledge of the facts, who was scheduled to travel from California to

3  Chicago for the mediation, became seriously ill, requiring a visit to the hospital and several doctors'

4  appointments.  The parties agree this person's personal involvement is critical to the mediation.  He

5  will be undergoing surgery in the near term, with a several-week recovery period.  As a result, the

6  parties have rescheduled the mediation for March 11, 2014, the earliest possible date.  As the parties

7  previously indicated, they seek to focus their efforts on trying to resolve this matter at the mediation

8  and avoid the costs associated with fact depositions and expert disclosures.

9    To allow the parties to continue to focus on the upcoming mediation, the parties have

10  cooperated in drafting a revised schedule for the Court's consideration.  This schedule proposes

11  adjusting the trial date by approximately 60 days, with interim dates adjusted as well by agreement.

12  The revised schedule remains within the Court's typical schedule.

| Event | Current | Proposed |
|---|---|---|
| Mid-litigation statement to the court (status of all motions already filed and  likelihood of future motions) | Fri., May 16, 2014 | Wed., July 16, 2014 |
| Expert disclosure, including report | Thu., June 26, 2014 | Tue., Aug. 26, 2014 |
| Close of fact discovery | Fri., July 11, 2014 | Thu., Sept. 11, 2014 |
| Rebuttal expert disclosure, including report | Thu., July 17, 2014 | Wed., Sept. 17, 2014 |
| Close of expert discovery | Fri., Aug. 8, 2014 | Wed., Oct. 8, 2014 |
| Dispositive motions | Fri., Aug. 29, 2014 | Wed., Oct. 29, 2014 |
| Dispositive motion responses | Fri., Sept. 19, 2014 | Wed., Nov. 19, 2014 |
| Dispositive motion replies | Fri., Oct. 3, 2014 | Wed., Dec. 3, 2014 |
| Hearing on dispositive motions | Wed., Oct. 15, 2014 at 9:30 a.m. | Wed., Dec. 17, 2014 at 9:30 a.m. |
| Joint pretrial statement | Wed., Dec. 10, 2014 | Tue., Feb. 13, 2015 |
| Final pretrial conference | Wed., Dec. 17, 2014 at 3:00 p.m. | Tue., Feb. 20, 2015 at 11:00 a.m. |
| Trial | Mon., Feb. 9, 2015 at 9:00 a.m. | Mon. Apr. 20, 2015 at 9:00 a.m. |

STIPULATION AND ORDER TO
CONTINUE TRIAL AND PRETRIAL SCHEDULE

1621120.1

1    For the reasons set forth in this Stipulation, the parties respectfully request that the Court

2  enter the proposed schedule set forth above.

3                                              Respectfully submitted,

4  DATED:  February 6, 2014                    SHOPOFF CAVALLO & KIRSCH LLP

5                                              By __/s/ Gregory S. Cavallo_____
                                                     Gregory S. Cavallo
6                                              Attorneys for Plaintiff
                                               CALIFORNIA NATURAL PRODUCTS
7                                              (d/b/a POWER AUTOMATION SYSTEMS)

8

9  DATED:  February 6, 2014                    GRIPPO & ELDEN LLC

10                                             By __/s/ Lynn H. Murray_____
                                                     Lynn H. Murray
11                                             Attorneys for Defendant
                                               ILLINOIS TOOL WORKS, INC.

12

13 DATED:  February 6, 2014                    POOLE & SHAFFERY, LLP

14                                             By __/s/ David S. Poole_____
                                                     David S. Poole
15                                             Attorneys for Defendant
                                               ILLINOIS TOOL WORKS, INC.

16
                                            **ORDER**
17

18       IT IS SO ORDERED.

19

20 DATED:  2/6/2014                            /s/ John A. Mendez_____
                                               United States District Court Judge

21

22

23

24

25

26

27

3