1  Jeffrey W. Shopoff (Bar No. 46278)
   Gregory S. Cavallo (Bar No. 173270)
2  Paul F. Kirsch (Bar No. 127446)
   James M. Robinson (Bar No. 238063)
3  SHOPOFF CAVALLO & KIRSCH LLP
   100 Pine Street, Suite 750
4  San Francisco, CA 94111
   Telephone: (415) 984-1975
5  Facsimile: (415) 984-1978

6  Attorneys for Plaintiff
   CALIFORNIA NATURAL PRODUCTS
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | CALIFORNIA NATURAL PRODUCTS      | CASE NO. 2:12-cv-0593-JAM-CKD
   | (d/b/a POWER AUTOMATION SYSTEMS), |
12 | a California corporation,         |
   |                                   | **STIPULATION AND ORDER FOR**
13 |              Plaintiff,           | **DISMISSAL WITH PREJUDICE**
   |                                   |
14 |     vs.                           |
   |                                   |
15 | ILLINOIS TOOL WORKS, INC. (d/b/a  |
   | HARTNESS INTERNATIONAL, INC.), a  |
16 | Delaware corporation,             |
   |                                   |
17 |              Defendant.           |

Plaintiff California Natural Products (d/b/a Power Automation Systems) and defendant Illinois Tool Works, Inc. (d/b/a Hartness International, Inc.) hereby stipulate as follows:

1. The Court is requested to dismiss this action with prejudice; and
2. The parties shall bear their own attorneys' fees and costs incurred to date.

Respectfully submitted,

DATED: March 25, 2014      SHOPOFF CAVALLO & KIRSCH LLP

By   /s/ Gregory S. Cavallo
    Gregory S. Cavallo
Attorneys for Plaintiff
CALIFORNIA NATURAL PRODUCTS
(d/b/a POWER AUTOMATION SYSTEMS)

DATED: March 25, 2014      GRIPPO & ELDEN LLC

By   /s/ Lynn H. Murray
    Lynn H. Murray
Attorneys for Defendant
ILLINOIS TOOL WORKS, INC.

DATED: March 25, 2014      POOLE & SHAFFERY, LLP

By   /s/ David S. Poole
    David S. Poole
Attorneys for Defendant
ILLINOIS TOOL WORKS, INC.

## **ORDER**

The stipulation between California Natural Products and Illinois Tool Works is GRANTED. The Court hereby dismisses this action with prejudice, with each party bearing its own costs and attorneys' fees. The clerk shall close this case.

IT IS SO ORDERED.

DATED: 3/25/2014      /s/ John A. Mendez
    United States District Court Judge